FIRST DEPARTMENT, OCTOBER, 1984

(October 2, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK PAVLAK, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on May 13, 1983, and order of said court, entered on December 9, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Silverman, Fein and Lynch, JJ.

■ In the Matter of HYMAN RAFFE, Petitioner, v DAVID B. SAXE, Respondent. — Application for omnibus relief unanimously denied, the cross motion to dismiss petition granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Alexander, JJ.

■ In the Matter of HYMAN RAFFE, Petitioner, v ETHEL B. DANZIG et al., Respondents. — Application for omnibus relief unanimously denied, the cross motion to dismiss the petition granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Alexander, JJ.

■ RCA CORPORATION, Respondent, v DEUTSCH RELAYS, INC., et al., Appellants. — Order, Supreme Court, New York County (Seymour Schwartz, J.), entered on February 15, 1984, unanimously affirmed for the reasons stated by Seymour Schwartz, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Ross, Carro, Lynch and Kassal, JJ.